JUNE 23, 2003

No. 02–7118. GOMES, AKA KEATON *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sell* v. *United States, ante,* p. 166.